GREENBERG TRAURIG, LLP
Jordan D. Grotzinger (SBN 190166)
grotzingerj@gtlaw.com
Robert J. Herrington (SBN 234417)
herringtonr@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310.586.7700
Facsimile: 310.586.7800

J. Blake Cunningham (SBN 261559)
cunninghamb@gtlaw.com
4 Embarcadero Center, Suite 3000
San Francisco, California 94111-5983
Telephone: 415.655.1300
Facsimile: 415.707.2010

*Attorneys for Defendant*
GLOBAL TEL*LINK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORRIN RANKIN D/B/A OUT NOW BAIL BONDS,<br><br>            Plaintiff,<br><br>     v.<br><br>GLOBAL TEL*LINK CORPORATION AND DOES 1-50,<br><br>            Defendants. | Case No. C 13-01117 JCS<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE BY EIGHT DAYS**<br><br>[L.R. 6-1(a)] |

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE
-1-

1  Defendant Global Tel*Link Corporation ("Defendant") removed this action to this Court on
2  March 12, 2013. Pursuant to a stipulation filed in this action in state court and attached to the Notice
3  of Removal, Defendant has up to and including March 28, 2013 to answer or otherwise respond to the
4  Complaint. Pursuant to Local Rule 6-1(a), the parties hereby stipulate that Defendant shall have an
5  additional eight days, up to and including April 5, 2013, in which to answer or otherwise respond to
6  the Complaint. This stipulation will not alter the date of any event or any deadline already fixed by
7  Court order.

Dated: March 26, 2013

GREENBERG TRAURIG, LLP

By: _____
Jordan D. Grotzinger
Attorneys for Defendant
GLOBAL TEL*LINK CORPORATION

Dated: March 26, 2013

GLAZNER & RYAN

By: _____
Maureen Pettibone Ryan
Attorneys for Plaintiff
CORRIN RANKIN D/B/A OUT NOW BAIL BONDS

Dated: 4/2/13

IT IS SO ORDERED
Judge Joseph C. Spero

STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE
-2-

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1840 Century Park East, Suite 1900, Los Angeles, California 90067.

On March 27, 2013, I served the documents described as:

**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE BY EIGHT DAYS [L.R. 6-1(a)]**

on the following interested parties in this action addressed as follows:

| | |
|---|---|
| Maureen Petibone Ryan | J. Blake Cunningham |
| GLAZNER & RYAN | GREENBERG TRAURIG, LLP |
| 333 Bradford Street, Suite 190 | 4 Embarcadero Center, Suite 3000 |
| Redwood City, CA 94063 | San Francisco, CA 94111-5983 |
| mryan@glaznerryanlaw.com | cunninghamb@gtlaw.com |

☐ **(BY E-MAIL)**

On March 27, 2013, I transmitted the foregoing document(s) by E-mail to the parties at their respective e-mail addresses as indicated above. The document was served electronically and the transmission was reported complete and without error.

☐ **(BY CM/ECF)**
Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☐ **(BY FEDERAL EXPRESS)** I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

PROOF OF SERVICE
LA 130,293,031v 5-27-12

1  ☐ **(BY MAIL)**
2      ☐ I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
3      ☐ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

☐ **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 27, 2013, at Los Angeles, California.

_Monica A. Solorzano_
Monica A. Solorzano

PROOF OF SERVICE

LA 130,293,031v 5-27-12