Maureen Pettibone Ryan (State Bar No. 245438)
Pamela E. Glazner (State Bar No. 247007)
GLAZNER & RYAN
333 Bradford Street, Suite 190
Redwood City, CA 94063
Telephone: (650) 701-5261
Facsimile: (650) 472-8896
mryan@glaznerryanlaw.com
pglazner@glaznerryanlaw.com

Attorneys for Plaintiff Corrin Rankin,
d/b/a Out Now Bail Bonds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORRIN RANKIN D/B/A OUT NOW BAIL BONDS,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL TEL*LINK CORPORATION AND DOES 1-50,<br><br>Defendants. | Case No.: C 3:13-CV-01117JCS<br><br>**STIPULATION TO EXTEND OPPOSITION AND REPLY DEADLINES BY ONE DAY**<br><br>**[L.R. 6-2(a)]**<br><br>Hearing Date:  June 14, 2013<br>Hearing Time:  9:30 a.m.<br>Courtroom:  G, 15th Floor<br>Judge:  Hon. Joseph C. Spero |

GLAZNER & RYAN
333 BRADFORD STREET
SUITE 190
REDWOOD CITY, CA 94063
TEL: (650) 701-5261
FAX: (650) 472-8896

C 3:13-CV-01117JCS    STIPULATION UNDER LR 6-2(A)

Counsel for Plaintiff Corrin Rankin ("Plaintiff") was unaware of the scheduled ECF Outage from May 24 to May 28, 2013. Upon learning of the outage, the Opposition to the Motion to Dismiss, due May 24, was immediately emailed to lead opposing counsel at 11:04 p.m., as set forth in the attached Declaration. Pursuant to Local Rule 6-2(a), the parties hereby stipulate that the Plaintiff shall have an extra court day to file the Opposition, changing the due date to May 28, 2013, and Defendants shall have an extra court day to file the Reply, changing the reply date from May 31, 2013 to June 3, 2013. This stipulation will not alter the date of the hearing, June 14, 2013.

Dated: May 28, 2013                                 GLAZNER & RYAN

By: _____
Maureen Pettibone Ryan
Attorney for Corrin Rankin,
d/b/a/ Out Now Bail Bonds

Dated: May 28, 2013                                 GREENBERG TRAURIG, LLP

By: _____
Jordan D. Grotzinger
Attorneys for Defendant
Global Tel*Link Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   05/29/13

_____
Hon. Joseph C. Spero
United States Magistrate Judge

GLAZNER & RYAN
333 BRADFORD STREET
SUITE 190
REDWOOD CITY, CA
94063
TEL: (650) 701-5261
FAX: (650) 472-8896

2

C 3:13-CV-01117JCS                STIPULATION UNDER LR 6-2(A)