Maureen Pettibone Ryan (State Bar No. 245438)
Pamela E. Glazner (State Bar No. 247007)
GLAZNER & RYAN
333 Bradford Street, Suite 190
Redwood City, CA 94063
Telephone: (650) 701-5261
Facsimile: (650) 472-8896
mryan@glaznerryanlaw.com
pglazner@glaznerryanlaw.com

Attorneys for Plaintiff Corrin Rankin,
d/b/a Out Now Bail Bonds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORRIN RANKIN D/B/A OUT NOW BAIL BONDS,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL TEL*LINK CORPORATION AND DOES 1-50,<br><br>Defendants. | Case No.: C 3:13-CV-01117JCS<br><br>**STIPULATION TO EXTEND OPPOSITION AND REPLY DEADLINES BY ONE DAY**<br><br>**[L.R. 6-2(a)]**<br><br>Hearing Date: June 14, 2013<br>Hearing Time: 9:30 a.m.<br>Courtroom: G, 15th Floor<br>Judge: Hon. Joseph C. Spero |

GLAZNER & RYAN
333 BRADFORD STREET
SUITE 190
REDWOOD CITY, CA 94063
TEL: (650) 701-5261
FAX: (650) 472-8896

C 3:13-CV-01117JCS                STIPULATION UNDER LR 6-2(A)

1    Counsel for Plaintiff Corrin Rankin ("Plaintiff") was unaware of the scheduled ECF
2 Outage from May 24 to May 28, 2013. Upon learning of the outage, the Opposition to the
3 Motion to Dismiss, due May 24, was immediately emailed to lead opposing counsel at 11:04
4 p.m., as set forth in the attached Declaration. Pursuant to Local Rule 6-2(a), the parties hereby
5 stipulate that the Plaintiff shall have an extra court day to file the Opposition, changing the due
6 date to May 28, 2013, and Defendants shall have an extra court day to file the Reply, changing
7 the reply date from May 31, 2013 to June 3, 2013. This stipulation will not alter the date of the
8 hearing, June 14, 2013.

10   Dated: May 28, 2013                                GLAZNER & RYAN

12                                          By: _____
                                                Maureen Pettibone Ryan
13                                              Attorney for Corrin Rankin,
                                                d/b/a/ Out Now Bail Bonds

15   Dated: May 28, 2013                               GREENBERG TRAURIG, LLP

18                                          By: _____
                                                Jordan D. Grotzinger
                                                Attorneys for Defendant
19                                              Global Tel*Link Corporation

21   PURSUANT TO STIPULATION, IT IS SO ORDERED.

23   Dated:   05/29/13
                                                        _____
                                                        Hon. Joseph C. Spero
                                                        United States Magistrate Judge

GLAZNER & RYAN
333 BRADFORD STREET
SUITE 190
REDWOOD CITY, CA
94063
TEL: (650) 701-5261
FAX: (650) 472-8896

2

C 3:13-CV-01117JCS                STIPULATION UNDER LR 6-2(A)