**GREENBERG TRAURIG, LLP**
Jordan D. Grotzinger (SBN 190166)
grotzingerj@gtlaw.com
Robert J. Herrington (SBN 234417)
herringtonr@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310.586.7700
Facsimile: 310.586.7800

Vera Ranieri (SBN 271594)
ranieriv@gtlaw.com
4 Embarcadero Center, Suite 3000
San Francisco, California 94111-5983
Telephone: 415.655.1300
Facsimile: 415.707.2010

*Attorneys for Defendant*
GLOBAL TEL*LINK CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CORRIN RANKIN D/B/A OUT NOW BAIL BONDS,<br><br>                Plaintiff,<br><br>        v.<br><br>GLOBAL TEL*LINK CORPORATION,<br><br>                Defendant. | Case No. C 13-01117 JCS<br><br>**STIPULATION TO CONFIRM THAT NO RESPONSIVE PLEADING IS DUE BEFORE FILING OF SECOND AMENDED COMPLAINT AND TO 30-DAY RESPONSE DEADLINE THEREFROM**<br><br>[L.R. 6-1(a)] |

---

**STIPULATION RE RESPONSE TO SECOND AMENDED COMPLAINT**
-1-

On July 9, 2013, the Court granted the motion of Defendant Global Tel*Link Corporation ("GTL") to dismiss Plaintiff's First Amended Complaint, except with respect to Plaintiff's second claim for breach of implied contract. The Court's order provides that Plaintiff's Second Amended Complaint ("SAC") shall be filed by August 31, 2013. (EFC No. 33.) Plaintiff's counsel plans to file a SAC. Accordingly, the parties have agreed that GTL need not respond to the claim for breach of implied contract before the filing of the SAC, and that GTL shall have 30 days from the filing of the SAC within which to move or otherwise respond to the SAC. Pursuant to Local Rule 6-1(a), this stipulation will not alter the date of any event or any deadline already fixed by Court order. Should the Court so desire, the parties will submit an additional stipulation and Declaration pursuant to Local Rule 6-2 (which Declaration will essentially recite the above facts).

Dated: July 23, 2013    GREENBERG TRAURIG, LLP

By: */s/ Jordan D. Grotzinger*
Jordan D. Grotzinger
*Attorneys for Defendant*
GLOBAL TEL*LINK CORPORATION

Dated: July 23, 2013    GLAZNER & RYAN

By: */s/ Maureen Pettibone Ryan*
Maureen Pettibone Ryan
*Attorneys for Plaintiff*
CORRIN RANKIN D/B/A OUT NOW BAIL BONDS

Dated: 7/25/13

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

**STIPULATION RE RESPONSE TO SECOND AMENDED COMPLAINT**
-2-