**GREENBERG TRAURIG, LLP**
Jordan D. Grotzinger (SBN 190166)
grotzingerj@gtlaw.com
Robert J. Herrington (SBN 234417)
herringtonr@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 310.586.7700
Facsimile: 310.586.7800

UNITED STATES DISTRICT COURT

FOR THE   DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CORRIN RANKIN D/B/A/ OUT NOW BAIL BONDS,<br><br>    Plaintiff,<br><br>    v.<br><br>GLOBAL TEL*LINK CORPORATION AND DOES 1-50,<br><br>    Defendants. | CASE NO.   3:13-cv-01117 JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE**<br><br>Conference Date: August 23, 2013<br>Conference Time: 1:30 p.m.<br>Courtroom:   G, 15th Floor<br>Judge:   Hon. Joseph C. Spero |

1  Defendant Global Tel*Link Corporation ("GTL") and Plaintiff Corrin Rankin D/B/A Out
2  Now Bail Bonds jointly submit this Case Management Statement, pursuant to this Court's Case
3  Management and Pre-trial Order (ECF No. 32) ("Order").

### SETTLMENT AND ADR

On July 29 the parties held an all-day mediation before Robert Hirsch.  The case settled in its entirety, and the parties are finalizing a long-form settlement agreement.  Pursuant to the settlement agreement, the parties will request dismissal within approximately thirty days of execution thereof.  Accordingly, the parties request that the Case Management Conference currently schedule for August 23, 2013 be continued to a later date, and be taken off calendar once the request for dismissal is filed.

Dated:  August 16, 2013            GREENBERG TRAURIG, LLP


By: /s/ Jordan D. Grotzinger
    Jordan D. Grotzinger
    *Attorneys for Defendant*
    GLOBAL TEL*LINK CORPORATION


Dated:  August 16, 2013            GLAZNER & RYAN


By:/s/ Maureen Pettibone Ryan (by permission)
    Maureen Pettibone Ryan
    *Attorneys for Plaintiff*
    CORRIN RANKIN D/B/A OUT NOW BAIL BONDS

|   |   |
|---|---|
| 1 | <u>CASE MANAGEMENT ORDER</u> |
| 2 | The above JOINT CASE MANAGEMENT STATEMENT & REQUEST FOR |
| 3 | CONTINUANCE is approved. The Further Case Management Conference scheduled for August |
| 4 | 23, 2013 is continued until ~~further notice~~. September 27, 2013 at 1:30 PM. An updated joint case management |
| 5 | conference statement shall be due by September 20, 2013. |
| 6 |   |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: August 20, 2013 |
| 9 | MAGISTRATE |



Joint Case Management Statement and Request for Continuance        -2-        Case No. 3:13-cv-01117 JCS